# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160596

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK STANFORD KATZMAN,
      Defendant-Appellant.

SC: 160596
COA: 345173
Oakland CC: 2017-263755-FH

_____/

On order of the Court, the application for leave to appeal the October 3, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the judgment of the Court of Appeals stating that the United States and Michigan Constitutions are "coextensive" with regard to protection against unreasonable searches and seizures. See *People v Slaughter*, 489 Mich 302, 311 (2011) ("This Court has ruled that the Michigan Constitution is to be construed to provide the same protection as that secured by the Fourth Amendment, *absent compelling reason to impose a different interpretation*.") (internal quotation marks and citation omitted; emphasis added); see also *Sitz v Dep't of State Police*, 443 Mich 744 (1993). In all other respects, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2020



s0505

Clerk